AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

EASTERN _____ DISTRICT OF _____ WISCONSIN

UNITED STATES OF AMERICA
V.

JERRY WALKER

## CRIMINAL COMPLAINT

CASE NUMBER: 95-127 M (AEG)

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __11/2/95 & 11/14/95__ in __Milwaukee__ county, in the __Eastern__ District of __Wisconsin__ defendant(s) did, (Track Statutory Language of Offense) possess with the intent to distribute cocaine base

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am a(n) __Special Agent, DEA__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   [x] Yes   [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__12/4/95__ at __Milwaukee, WI__
Date                                         City and State

AARON E. GOODSTEIN
Patricia J. Gorence, U.S. Magistrate Judge
Name & Title of Judicial Officer         Signature of Judicial Officer

1. My name is Corey Parker and I am a Special Agent with the Drug Enforcement Administration and have been so employed for more than 3 years.

2. On November 2, 1995, myself and fellow officers utilized the services of a confidential informant to purchase cocaine from Jerry Walker and Roy Evans. I have worked with this informant numerous times in the past and have found him to be reliable and the information he provides to be accurate.

3. On November 2, 1995, at approximately 4:18pm, I escorted the CI to the area of 2412 West Cypress, in Milwaukee, Wisconsin. Just prior to this I searched the CI for currency or contraband such as controlled substances. That search disclosed neither. I then placed a recording device on the CI and gave him $1,200 cash.

4. Within the next 30 minutes, myself and fellow officers observed the CI meet with several individuals, including Jerry Walker, in the area of 24th and Fond du lac Avenue.

5. The CI remained with Walker at that location until about 4:50pm. Their conversation during this period of time was taped and monitored by my fellow agents.

6. At approximately 4:52pm, the CI left that location and walked to meet me at a prearranged location. At that time, the CI gave me approximately one ounce of a substance which tested positive for cocaine (crack cocaine).

7. The CI then related to me the facts of the transaction. I have reviewed the tape recorded conversation between the CI, Walker, and Roy Evans and have found the CI's recitation to be consistent to what appears on the tape. The CI stated the following: The CI approached Walker, Evans, and two other individuals. He talked briefly with Evans, who told him that he would go and get the CI the one ounce of crack he had requested. Evans then left and the CI talked to Walker. (My review of the taped recorded conversation discloses, among other drug related conversation, that Walker told the CI that the cocaine would weigh about 25 grams.) A short time later, Walker left the area and then Evans returned and gave the CI the ounce of crack. The CI paid Evans $1,200.

8. Following this transaction, myself and fellow agents made plans to use the CI to purchase crack cocaine from Walker and Evans on November 14, 1995.

9. At approximately 12:30pm on November 14, 1995, following my search of the informant for cash and contraband, which was negative for both, myself and my fellow agents surveilled the informant to the area of Walker's residence at 2412 W. Cypress

Street. Myself and fellow agents conducted surveillance in that area and monitored the CI's conversations with Walker and others through a transmitter worn on his person. At approximately 1:15pm, the CI returned from the area of the above address and surrendered to me two baggies each containing approximately one ounce of crack cocaine.

10. The CI advised me, and I have corroborated his statement through my review of the tape recorded conversation between the CI and Walker and Evans, that, Evans obtained the crack cocaine, gave it to Walker, and that then Walker gave it to the CI. In return, the CI gave $2,400 cash to Evans.

11. On November 28, 1995, MPD Detective Gerald Stanaszak, who is also working on this investigation with me, conducted a post-arrest interview of a cooperating defendant (CD) who I know to be involved with Jerry Walker and Roy Evans in the distribution of cocaine in Milwaukee.

12. The CD related that approximately two weeks earlier (at or around November 14, 1995), a friend of his related that he had a conversation with Jerry Walker and that Walker had told him that the informant identified above in this affidavit had purchased cocaine from him on behalf of a law enforcement officer. The CD's friend stated that Walker told him that Walker would give 9 ounces of cocaine to anyone who identified for Walker the whereabouts of the CI.

13. The CD then related that he talked to Walker two or three days later. Walker told the CD that an associate of Walker's, named Dominic Phillip's, had seen the CI meet with an agent (myself) after the CI purchased cocaine from Walker and that he had seen the agent remove the body wire from the CI after the November 14, 1995, controlled buy of two ounces of cocaine from Walker and Evans. The CD asked about the 9 ounces of cocaine that Walker said he would give to anyone locating the CI, and Walker told the CD: "I'll give you anything you want" if the CD was able to locate the CI for Walker.