| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>JERRY WALKER,<br>    a/k/a Jerry Richmond,<br>FERRANO BARNES,<br>    a/k/a Quan,<br>ROY EVANS,<br>    a/k/a Mister, and<br>TONY WALTON,<br><br>                  Defendants. | Case No. 96-Cr-<br>[T. 21, U.S.C. §§ 841(a)(1),<br>846 & 853; T. 18, §§2, 982 &<br>1956(a)(1)(B)(i)]<br><br> |

### COUNT ONE

THE GRAND JURY CHARGES:

That from on or about January 1, 1989, to on or about December 5, 1995, at or around the State and Eastern District of Wisconsin and elsewhere,

                  JERRY WALKER,
                        a/k/a Jerry Richmond,
                FERRANO BARNES,
                      a/k/a Quan,
            ROY EVANS,
                    a/k/a Mister, and
            TONY WALTON,

defendants herein, did knowingly and intentionally conspire with persons known and unknown to the grand jury to possess with intent to distribute cocaine, a Schedule II controlled substance, and cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1);

    All in violation of Title 21, United States Code, § 846 and Title 18, United States Code, § 2.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about April 19, 1994, in the State and Eastern District of Wisconsin,

    JERRY WALKER
    a/k/a Jerry Richmond, and
    ROY EVANS,
    a/k/a Mister,

defendants herein, did knowingly and intentionally distribute a mixture containing cocaine, a Schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

3

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Between June 4, 1994 and June 13, 1994, in the Eastern District of Wisconsin, in El Dorado, Arkansas, and elsewhere,

JERRY WALKER,
a/k/a Jerry Richmond,

defendant herein, knowingly conducted and attempted to conduct a financial transaction in or affecting interstate commerce, namely the purchase of electronics, to wit, a 60 inch television, a stereo receiver, a V.C.R., speakers, cables and wire, from Garrett's Furniture, Inc., which involved the proceeds of a specified unlawful activity, that is, buying and selling and otherwise dealing in cocaine, a Schedule II controlled substance in the Eastern District of Wisconsin and elsewhere, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, source, ownership, and control of the proceeds of that specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the transaction, namely United States currency in the amount of approximately $8,000, represented the proceeds of specified unlawful activity, that is, the buying, selling, and otherwise dealing in cocaine, a Schedule II controlled substance;

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about July 7, 1994, in the State and Eastern District of Wisconsin,

>JERRY WALKER
>a/k/a Jerry Richmond,
>ROY EVANS,
>a/k/a Mister, and
>TONY WALTON,

defendants herein, did knowingly and intentionally distribute a mixture containing cocaine, a Schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about November 2, 1994, in the State and Eastern District of Wisconsin,

>JERRY WALKER
>a/k/a Jerry Richmond,
>ROY EVANS,
>a/k/a Mister, and
>TONY WALTON,

defendants herein, did knowingly and intentionally distribute a mixture containing cocaine base, a Schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

6

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

Between approximately April 10, 1995, and May 3, 1995, in the Eastern District of Wisconsin, in Malden, Massachusetts, and elsewhere,

FERRANO BARNES,
a/k/a Quan,

defendant herein, knowingly conducted and attempted to conduct a financial transaction in or affecting interstate commerce, namely the purchase of two GMC Typhoon vehicles, having VIN #'s of 1GDCT18Z8P0811600 and 1GDCT18Z8P0811340, which involved the proceeds of a specified unlawful activity, that is, buying and selling and otherwise dealing in cocaine, a Schedule II controlled substance, in the Eastern District of Wisconsin and elsewhere, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, source, ownership, and control of the proceeds of that specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the transaction, namely United States currency in the amount of approximately $54,820, represented the proceeds of specified unlawful activity, that is, the buying, selling, and otherwise dealing in cocaine, a Schedule II controlled substance;

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

On or about May 16, 1995, in the State and Eastern District of Wisconsin,

>FERRANO BARNES,
>a/k/a Quan,

defendant herein, did knowingly and intentionally aid and abet the possession of another, namely Michael Bias, of a mixture containing cocaine, a Schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1), Title 18, United States Code, Section 2.

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about November 2, 1995, in the State and Eastern District of Wisconsin,

> JERRY WALKER
> a/k/a Jerry Richmond, and
> ROY EVANS,
> a/k/a Mister,

defendants herein, did knowingly and intentionally distribute a mixture containing cocaine base, a Schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT NINE

THE GRAND JURY FURTHER CHARGES:

On or about November 14, 1995, in the State and Eastern District of Wisconsin,

> JERRY WALKER
> a/k/a Jerry Richmond, and
> ROY EVANS,
> a/k/a Mister,

defendants herein, did knowingly and intentionally distribute a mixture containing cocaine base, a Schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE PROVISIONS

1. From his involvement in the conspiracy to distribute cocaine charged in Count One of the Indictment, pursuant to 21 U.S.C. §853(a)(1), the defendant, Jerry Walker, a/k/a Jerry Richmond, shall forfeit to the United States his interest in any property constituting or derived from, any proceeds he obtained, directly or indirectly as a result of this crime, including but not limited to:

A. Land and all buildings and improvements including a house, located at 415 N. Pine Street, Junction City, Arkansas.

2. From his involvement in the conspiracy to distribute cocaine charged in Count One of the Indictment, pursuant to 21 U.S.C. §853(a)(1), and from his involvement in the commission of the crime charged in Count Six of the Indictment, pursuant to 18 U.S.C. §982(a)(1), the defendant, Ferrano Barnes, a/k/a Quan, shall forfeit to the United States his interest in any property constituting or derived from, any proceeds he obtained, directly or indirectly as a result of this crime, including but not limited to:

A. Two GMC Typhoon vehicles, having VIN #'s of 1GDCT18Z8P0811600 and 1GDCT18Z8P0811340.

All pursuant to Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 982(a)(1) and Title 21, United States Code, Sections 846 and 853(a)(1).

A TRUE BILL:

███████████████████
FOREPERSON

Dated: Jan 3, 1996

_____
THOMAS P. SCHNEIDER
United States Attorney