AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District<br>Eastern District of Wisconsin | |
|---|---|---|
| Name of Movant<br>Jerry Walker | Prisoner No.<br>04582-089 | Docket No. |
| Place of Confinement | USP Leavenworth, Leavenworth, Kansas | |

UNITED STATES OF AMERICA    V.    Jerry Walker

(include name upon which convicted)

(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. District Court, Eastern District of Milwaukee.

2. Date of judgment of conviction  April 4, 1997

3. Length of sentence  Life without Parole

4. Nature of offense involved (all counts)  Continuing Career Enterprise, Conspiracy, possession with intent to distribute, and money laundering.

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. Kind of trial: (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

AO 243
REV 1/82

9. If you did appeal, answer the following:

   (a) Name of court: __Seventh Cirucit Court of Appeals__

   (b) Result: __Vacated count.one, Affirmed on all other counts__

   (c) Date of result: __N/A__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __N/A__

       (2) Nature of proceeding __N/A__

       (3) Grounds raised __N/A__

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes ☐ No ☒   N/A

       (5) Result __N/A__

       (6) Date of result __N/A__

    (b) As to any second petition, application or motion give the same information:

       (1) Name of court __N/A__

       (2) Nature of proceeding __N/A__

       (3) Grounds raised __N/A__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒  N/A

(5) Result ___N/A___

(6) Date of result ___N/A___

(c) As to any third petition, application or motion, give the same information:

(1) Name of court ___N/A___

(2) Nature of proceeding ___N/A___

(3) Grounds raised ___N/A___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result ___N/A___

(6) Date of Result ___N/A___

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐ No ☒
(2) Second petition, etc.   Yes ☐ No ☒   N/A
(3) Third petition, etc.    Yes ☐ No ☒

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

___N/A___

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.
For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

AO 243
REV 4/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Ineffective Assistance of Counsel__

Supporting FACTS (tell your story *briefly* without citing cases or law:

(See attached)

B. Ground two: __Ineffective Assistance of Counsel/ Actually Innocent of CCE charge.__

Supporting FACTS (tell your story *briefly* without citing cases or law):

(See attached)

C. Ground three: __Ineffective Assistance of Counsel/ Actually innocent of distribution charges.__

Supporting FACTS (tell your story *briefly* without citing cases or law):

(See attached)

D. Ground four: <u>Ineffective Assistance of Counsel/ Government's failure</u>
<u>to prove the type of drug substance.</u>

Supporting FACTS (tell your story *briefly* without citing cases or law): 

<u>(See attached)</u>

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

<u>All claim were not previously raised because of counsel's Ineffectiveness.</u>

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing <u>N/A</u>

(b) At arraignment and plea <u>Martin E. Kohler, 324 East Wisconsin Avenue, Suite 700, Milwaukee, Wisconsin 53202.</u>

(c) At trial <u>Same as above</u>

(d) At sentencing <u>Same as above</u>

(e) On appeal  Christopher T. Van Wagner, 3 South Pinckney, Suite 610, Madison Wisconsin 53703

(f) In any post-conviction proceeding  N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☒ No ☐

  (a) If so, give name and location of court which imposed sentence to be served in the future:  N/A

  (b) Give date and length of the above sentence:  N/A

  (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
  Yes ☐ No ☒   N/A

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

8-17-99
(date)

_____
Signature of Movant