Jerry Walker
Register Number 04582-089
Federal Correctional Institution
Post Office Box 5000
Pekin, Illinois 61555-5000

April 21, 2008



Chief Judge
Rudolph T. Randa
517 East Wisconsin Ave
Milwaukee, WI 53202

RE: United States v. Jerry Walker, et al.
No. 96 CR 004 (E.D.Wis.1996)

Honorable Rudolph Randa:

This letter concerns the recent amendment to the United States Sentencing Guidelines which deal with sentences for cocaine base offenses. Because I believe that this amendment could potentially affect my sentence, I am making this inquiry to determine whether I am eligible for representation by the Public Defender's Office. Please respond to this letter and inform me if the representation I am seeking is possible. Thank you for your cooperation and attention in this matter.

Respectfully submitted,

Jerry Walker
Reg. No. 04582-089

cc: Federal Defender Services