

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*517 East Wisconsin Avenue*  *414 / 297-1700*

*Milwaukee, WI 53202*

March 2, 2009

Honorable Rudolph T. Randa
Chief United States District Judge
310 U.S. Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

    Re:   <u>*United States v. Jerry Walker*</u>, Case No. 96-CR-004

Dear Judge Randa:

    I am an receipt of Mr. Walker's letter of February 1, 2009. I'm not sure it needs a response but I am in favor of the Court granting his request.

                  Very truly yours,

                  MICHELLE L. JACOBS
                  Acting United States Attorney

        By:

                  s/JOSEPH R. WALL
                  Assistant United States Attorney
                  Joseph R. Wall Bar Number: 1009796
                  Attorney for Plaintiff
                  Office of the United States Attorney
                  Eastern District of Wisconsin
                  517 East Wisconsin Avenue, Room 530
                  Milwaukee, WI 53202
                  Telephone: (414) 297-1700
                  Fax: (414) 297-1738
                  E-Mail: Joseph.Wall@usdoj.gov