# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller
Tom Phillip
Krista Halla-Valdes

801 East Walnut Street
Second Floor
Green Bay, Wisconsin 54301

Telephone 920-430-9900
Facsimile 920-430-9901

November 9, 2015

Hon. Rudolph T. Randa
United States District Judge
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4500

Re:    *United States v. Jerry Walker*
       Case No. 96-CR-4

Dear Judge Randa:

I have reviewed the above-referenced case pursuant to the administrative order appointing Federal Defender Services of Wisconsin to represent defendants serving sentences imposed in the Eastern District of Wisconsin who might be eligible for sentencing relief under Amendment 782 to the United States Sentencing Guidelines.

I write to inform the Court that Federal Defender Services of Wisconsin will not be filing anything on the defendant's behalf.

Respectfully submitted,

**s/ Tom Phillip**
Tom Phillip, Bar #1023113
Associate Federal Defender

TEP/cb
cc:    Jerry Walker #04582-089
       AUSA Lisa Wesley
       USPO Jennifer Morgan