# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

**-vs-**                                    **Case No. 96-Cr-4**

**JERRY WALKER,**

    Defendant.

## ORDER

This matter comes before the Court on Jerry Walker's *pro se* filing [ECF Doc. 556] requesting a sentence reduction under Amendment 782 pursuant to 18 U.S.C. § 3582(c)(2). The Federal Defender Services has declined to represent the defendant. The government shall respond to this motion within 30 days of the date of this Order.

Dated at Milwaukee, Wisconsin, this **10th** day of November, 2015.

                                                          **BY THE COURT:**

                                                          */s/ Rudolph T. Randa*

                                                          **HON. RUDOLPH T. RANDA**
                                                          **U.S. District Judge**