# United States District Court
## Eastern District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JERRY WALKER | AMENDED JUDGMENT AND ORDER VACATING COUNT ONE OF THE SUPERSEDING INDICTMENT PURSUANT TO THE MANDATE OF THE COURT OF APPEALS<br><br>Case Number: 96-CR-4-1-JPS<br>Marshal Number: 04582-089<br><br>Martin Kohler	Joseph Wall<br>Defendant's Attorney	Assistant United States Attorney |

**DATE OF ORIGINAL JUDGMENT:** April 4, 1997
**DATE OF AMENDED JUDGMENT:** *Nunc pro tunc* October 19, 1998

Pursuant to the mandate of the Court of Appeals, issued on October 19, 1998, Defendant's conviction and sentence as to Count One of the Superseding Indictment was vacated. The Court will, therefore, dismiss Count One of the Superseding Indictment in its entirety. This amended judgment shall have retroactive effect as of October 19, 1998. Accordingly,

**IT IS ORDERED** that Count One of the Superseding Indictment be and the same is hereby **DISMISSED**, along with the terms of the sentence which was imposed thereon, including a:

1. Term of life imprisonment;
2. Term of five years' supervised release and attendant conditions;
3. $50.00 special assessment; and
4. $5,000.00 fine.

Except as otherwise provided herein, all provisions of the previous judgment shall remain intact, and the same are incorporated herein by reference as though set forth herein at length.

Dated at Milwaukee, Wisconsin, this 18th day of October, 2017.

_____
J. P. Stadtmueller
U.S. District Judge