JPS

Jonathan Donaskiewicz
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2017 NOV 29 A 11:44
STEPHEN C. DRIES
CLERK

RE: United States of America
Plantiff - Appellee
VS
Jerry Walker
Defendant - Appellant

Case NO: 2:96-cr-00004-JPS-1

Honorable J.P. Stadtmueller
Clerk of Courts
Eastern District of Wisconsin
362 U.S. Court House
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Honorable Judge. Stadtmueller

I am writing you today about Mr. Jerry Walker. I understand Mr. Walker is tring to get resentenced. I have known Mr. Walker for about 4 years. He has been like a father to me. We attend Church together and I also go to him when I need any kind of guidence. He has been a real motawation to me to do right in life and be a father to my Children. Instead of running around on the streets. I just recently had a major surgery and Mr. Walker has checked on me and has been looking out for me like a father would his own Child. I also Know Mr. Walker has attended and Completed over 80 programs that I know of and works at a job in the prison Canteen Monday through Friday. Mr. Walker also shows love to anyone that he meets and gets to know. Regaurdless if you assisted the government or not.

Clear of people with any Sex cases or people that assisted the goverment. Through Mr. walker I learned how ignorant I was to judge anyone. I myself thank him for that. Your Honor I understand I am just another inmate in prison but I hope you do take my words into consideration with Mr. walkers sentencing.

Jonathan Bonaskiewicz