U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 NOV 30 A 10: 57

STEPHEN C. DRIES
CLERK

Anthony Williams
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

V

RE: United States of America
Plaintiff-Appellee
VS.
Jerry Walker
Defendant-Appellant

Case No:2:96-CR-00004-JPS-1

Honorable J.P. Standtmueller
Clerk of Courts
Eastern District of Wisconsin
362 U.S. Court House
517 East Wisconsin Ave.
Milwaukee, WI 53202

Attached to, and made a part there of, Is a letter I have composed of behalf of my friend, Jerry Walker, in support of his resentencing.

11-27-2017

Dear Honorable Judge Standtmeuller,

My name is, Anthony Williams #13408-089, and I've been in FCI Pekin for approximately eight months now, within that time I have had the humbling opportunity to meet Mr. Jerry Walker. Although our conversations have not been of great lenght, they left me wiht intense moments of Intorspection, as a man whose adolescent years were marked by mid and late 90's in the City of Milwaukee. I must admit I did not know Mr. Walker in those days, but I was aware of his presence and influence. With that being said I do not know or beleive that Mr. Walker is the same man that he used to be.

The Jurry Walker of today is a humble, intelligent, caring man with a hope and care for his city, and community. I beleive with his intellect, and back ground with assistance, and guidance the Mr. Jerry Walker of today can have a remarkable Impact on the youth of Milwaukee.

Most Respectfully, Anthony Williams 13408-089

Signature: *Anthony Williams* , Date: 11-27-2017 ,