

Angela Watson
10174 Janus Drive
Oak Creek, WI. 53154

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 NOV 30 A 10: 53

STEPHEN C. DRIES
CLERK

RE: UNITED STATES OF AMERICA

Plaintiff-Appellee,

VS

JERRY WALKER

Defendant-Appellant

Case No. 2:96-Cr-00004-JPS-1

Honorable Judge J.P. Stadtmueller

Clerk of the Court

Eastern District of Wisconsin

362 U.S. Courthouse

517 East Wisconsin Ave.

Milwaukee, WI 53202

Attached to and made a part hereof, is a letter I previously composed on behalf of my ex-husband, Jerry Walker, in support of his petition for Executive Clemency. This is a letter containing my recommendation for and character reference for Jerry. I hope that this letter will assist you in the process and decisions that you will carry out.

Dear President Barack Obama,

My name is Angela Watson I am the ex-wife of Jerry Walker that is incarcerated and is up for clemency. We have a 25 year old son together named Jerry Shaw, due to Jerry's incarceration I thought it would be hard to raise a son as a single parent. Even though Jerry was incarnated he has always made an attempt to be a part of his son's life through phone calls, letters, and visits. Jerry has always made sure his son's education was first priority by making him read different books, writing book reports, and essays. He made sure to ask questions about school and different life experiences.

Even though Jerry fell into an unhealthy lifestyle and went down the wrong path he has always been a great father and husband with a big heart. I am not saying he didn't deserve imprisonment for his wrong doing but he was railroaded with the extensive sentence. Our son has overcome every obstacle that came his way by graduating high school and also graduating college with a degree in Business Marketing. He is an upstanding citizen in society with no criminal record. I feel that Jerry Walker is rehabilitated to be released into society and become an upstanding citizen. I know it's going to be a transition for him but with the support of family and friends it can happen. I also would like Jerry to be physically apart of his son's second phase of life as an adult, to be around when he gets married and has children.

I pray that you will give Jerry's case the consideration it deserves and recommend his case for approval. Thank you for your assistance in this matter.


Sincerely,

Angela Watson