

Jerry Shaw

P.O. Box 12

Junction City, AR 71749

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2011 NOV 30  A 10: 55

STEPHEN C. DRIES
CLERK

RE: UNITED STATES OF AMERICA

Plaintiff-Appellee,

VS

JERRY WALKER

Defendant-Appellant

Case No. 2:96-Cr-00004-JPS-1

Honorable J.P. Stadtmueller

Clerk of the Court

Eastern District of Wisconsin

362 U.S. Courthouse

517 East Wisconsin Ave.

Milwaukee, WI 53202

Attached to and made a part hereof, is a letter I previously composted on behalf of my father, Jerry Walker, in support of his petition for Executive Clemency. Though this letter was written several years ago, the words and sentiment contained therein were never more resounding.

My father's determination has never been stronger. He remains resigned to the betterment of his life despite being denied clemency. From my perspective; I, and my family, continue to be inspired by such resolution. In my previous letter, as now, I make no attempt to minimize the conduct which brought my father to this juncture; however, in this spirit I cannot discount his amazing evolution over the course of his incarceration.

I respect that your time is valuable, and with that I pray you will be guided in making any further determinations regarding my father.

Dear Mr. President,

My name is Jerry Shaw. I am the son of Jerry Walker. My father has been incarcerated for 18 years and is up for clemency. I am currently 25 years old. My father was arrested when I was 7 years old. It was the worst day of my life watching everything take such a drastic change. The incident forced me to take on huge responsibilities as a kid and pushed me to grow up faster than my peers mentally. My mom and I developed a stronger relationship and for some time it was her and I against the world. I recently graduated from college in May of 2012; not only was I awarded a bachelor's degree in Marketing, but I was also a Division II Collegiate athlete playing 4 years of football for Concordia University Golden Bears. I took my father's business mindset and athleticism and directed them into a positive direction.

My father has always been a positive influence in my life and has even made me into the man I am today. Although I understand that he has made huge mistakes in his life, I do not feel that the overall punishment should be my father's natural life in prison. I feel that such a harsh sentence is unlawful, or even inhumane. My father is capable of producing a lot of good in this world even more so since he has grown into a better man. Although he has done some things that are unjustified in the eyes of the law, he has never been a violent man by any means. Over this 18 year time frame, we have both watched each other evolve for the better. He is truly a different man since he was arrested in December of 1995.

As a kid, I always looked at my father as my hero and best friend. It has been really rough to say the least growing up without my best friend by my side. But I have managed to seek guidance from him through his letters, phone calls, and visits from time to time. Sometimes I give up hope, thinking that maybe this is it, but then I think about the good times and there is nothing in this world that keeps me from wanting to relive the moments that I had as a 7-year-old kid that didn't have a worry in the world. I know it's too late to relive the past, but I would sure love to make up for the lost times with my father.

My father instilled in me such great values that have molded me into the man that I have become. I do not drink or smoke due to the values my father instilled in me at a young age. He is overall a great person and I think justice is not done until my father's case is reevaluated.

I appreciate you taking the time out of your busy schedule to read my letter and if you could please do anything in your power to review my dad's case, I believe you will understand whole heartedly who my father really is.

Thanks for all your help and time. It is truly appreciated,

Jerry Shaw