

Vera Walker

2412 Cypress Street

Milwaukee, WI 53202

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 NOV 30 A 10: 54

STEPHEN C. DRIES
CLERK

RE: UNITED STATES OF AMERICA

Plaintiff-Appellee,

VS

JERRY WALKER

Defendant-Appellant

Case No. 2:96-Cr-00004-JPS-1

Honorable Judge J.P. Stadtmueller

Clerk of the Court

Eastern District of Wisconsin

362 U.S. Courthouse

517 East Wisconsin Ave.

Milwaukee, WI 53202

Attached to and made a part hereof, is a letter I previously composed on behalf of my son, Jerry Walker, in support of his petition for Executive Clemency. This is a letter containing my recommendation for and character reference of my son. I hope that this letter will assist you in the process and decisions that you will carry out.

Dear Mr. President,

My name is Vera Lee Walker and I am the mother of Jerry Walker. I'm writing this letter on the day of my 74th birthday. I have seven children; 4 boys and 3 girls, and for the past twenty and a half years I have been without the presence of my second youngest child, Jerry.

Due to my inability to read or write I am having my grandson (Jerry Shaw) write this letter for me. I was born in Mississippi and because of the times back then I was not afforded the opportunity of an education. I began work in the cotton fields of Mississippi at a young age. I picked cotton for several years, working long, hard days. I quickly realized that I didn't want the same life for my children. So, in the mid 60's my family and I packed up and moved to Chicago briefly. Shortly after this we moved to Milwaukee in the early 70's, where I have resided to this day.

I was blessed to find employment at the Wisconsin Gasket Co. as a punch press operator. The company name was later changed to Dana Victor Products. I worked there for 33 years and retired in 2007. I just wanted to give a brief family history.

As with any loving mother, I want to express how much I miss my son. I am begging and pleading with you to give him a second chance at life. My family and I have been steadfastly praying that God would allow Jerry the opportunity to return home to his family; especially my grandson, Jerry's only child. Now the time has come when we are face to face with that opportunity. I am pleading with you to please send my son home. Please hear the outcry of my family's heart. May God bless you.

Yours Truly,

Vera Walker