JPS

Terrence Jamison
FCI Pekin
PO Box 5000
Pekin, IL 61555

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2017 DEC 13 A 11: 25
STEPHEN C. DRIES
CLERK

RE: UNITED STATES OF AMERICA
Plantiff-Appellee
VS
JERRY WALKER
Defendant-Appellant
Case No. 2:96-Cr-00004-JPS-1

Honorable J.P. Stadtmueller
Clerk of the Court
Eastern District of Wisconsin
362 US Courthouse
517 East Wisconsin Ave.
Milwaukee, WI 53202

Attached to, and made a part hereof, is a letter that I wrote on behalf of Jerry Walker.

Best Regards

Terrence Jamison

Your Honor,

My name is Terrence Jamison, and I am writing on behalf of Mr. Jerry Walker. I have heard the name for over 25yrs, and when I finally have the opportunity to meet him. He he showed me compassion, understanding and humbleness. He excepted others including myself with 5K1, profit letters, and all other types of cases including ███, child pronography, and many other crimes. He does not see your faults, he looks at your character, and tries to help make you a better person. His crimes and punishment is believed to be unconstitutional, but it has him in the positive mindset to teach and reach out and make a difference in a community that needs someone who can show them the consequences for their actions. He would be a great asset to help rebuild our community in Mil, WI, and the entire country. Please see that this is a changed man and is needed to circulate in society today. Thank you for your time,

Sincerely,

*Terrence Jamison*